IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 20-0033

STATE OF MONTANA,

   Plaintiff and Appellee,

v.

JUSTIN LEE LONGTINE,

**ORDER**

Appellant's motion to consolidate is GRANTED. It is hereby

ORDERED that DA 20-0033, DA 20-0034, DA 20-0035, and DA 20-0036

be consolidated for the purposes of appeal under Cause No. DA 20-0033.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 13 2020